IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WEST GOSHEN SEWER AUTHORITY | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al. | : | NO. 12-5353 |
| Defendants. | : | |

**ORDER**

**AND NOW**, this 29th day of July, 2013, upon consideration of Movant Delaware River Waterkeeper's Motion to Intervene as Defendant (Doc. No. 32), and all responses filed thereto, it is hereby **ORDERED** that:

1. Delaware Riverkeeper Network's Motion to Intervene as Defendant is **GRANTED**. The Clerk shall update the docket accordingly.

2. A status conference with all parties will be held on Friday, September 6, 2013 at 10:00AM in Courtroom 3I.

3. All briefing deadlines in this matter are **STAYED**, and will be revisited at the status conference.

BY THE COURT:
/s/ L. Felipe Restrepo
L. Felipe Restrepo
United States District Court Judge